UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH CLARK,
          Plaintiff

      v.                                CIVIL ACTION NO. 00-11314-MLW

JOHN JONES et al
          Appellees

**JUDGMENT IN A CIVIL CASE**

WOLF, D.J.

X    **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT for the defendants as to all counts against them.**

**JUDGMENT for the Counter-plaintiffs, Jeffrey Grimes and Brian Ladouceur, in the amount of $1.00 each.**

                                          SARAH A. THORNTON,
                                          CLERK OF COURT

Dated: October 4, 2010                    By /s/ Dennis O'Leary
                                          Deputy Clerk

NOTE:  The post judgment interest rate effective this date is 0.26%.

(judge-civ.wpd - 3/7/2005)